# Order

Michigan Supreme Court
Lansing, Michigan

August 3, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145387 (141)(142)(150)

STAND UP FOR DEMOCRACY,
        Plaintiff-Appellee,

v

SECRETARY OF STATE and BOARD OF
STATE CANVASSERS,
        Defendants,
and

CITIZENS FOR FISCAL RESPONSIBILITY,
        Intervenor-Defendant-Appellant.
_____

SC: 145387
COA: 310047

On order of the Chief Justice, the motion by the Governor and Attorney General to participate in oral argument is denied, the motion for immediate consideration thereof is granted, and the motion by the Michigan Center for Election Law for leave to file a brief *amicus curiae* is granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2012

_____
Clerk